UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 25-13473 |
|---|---|---|
| Malachatierre L Maddox | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR TURNOVER OF 2019 VOLKSWAGEN JETTA FROM CAR KING AUTO

This cause coming before the Court on Debtor's Motion for Turnover, due notice having been given, and the Court being fully informed in the premises;

IT IS ORDERED:

1. Car King Auto is ordered to turnover the 2019 Volkswagen Jetta to Debtor.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 22, 2025

**Prepared by:**

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
Office: 773-432-9003